



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 5, 2022**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| William R. Bertrand and Carie G. Bertrand, | § § § | Case No. 21-41316-mxm13 |
| Debtors. | § | |

| | | |
|---|---|---|
| Ally Financial, | § § § | |
| Movant, | § § | Hearing on Motion to Lift Automatic Stay: |
| v. | § § § | December 9, 2021 9:30 a.m. |
| William R. Bertrand and Carie G. Bertrand, Debtors. | § § § | |

### AGREED ORDER CONDITIONING STAY OF 11 U.S.C. §362

Came the parties before the Court in the above-entitled and numbered proceeding, wherein William R. Bertrand and Carie G. Bertrand are the Debtors and ALLY FINANCIAL is the Movant, and came the parties by and through their attorneys of record to announce to the Court that they had reached an agreement for the settlement of certain matters in controversy

herein, and the agreement which pertains to the 2015 Chevrolet Cruze, VIN: 1G1PC5SB2F7223666, is as follows:

    a.    Debtors shall cure their default under the Contract and pay off the outstanding balance by delivery of the amount of $4,001.98 directly to Ally Financial on or before December 27, 2021. If Debtor fails to make this payment by December 27, 2021, the Automatic Stay of 11 U.S.C. §362 regarding the above-described vehicle shall be lifted without further motion, hearing, or notice, and Ally Financial by and through its attorney shall submit a Certificate of Default to the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND AGREED that the Automatic Stay afforded by 11 U.S.C. §362 be modified to permit Ally Financial to foreclose its interest and sell the above-described vehicle but only in the event the Debtors fail to comply with the conditions as set out above and the attorney for Movant submits the Certificate of Default.

IT IS FURTHER ORDERED that this Agreed Order is effective immediately and is not stayed for fourteen days following the entry of this Agreed Order.

# # # END OF ORDER # # #

APPROVED:

QUILLING. SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
plynch@qslwm.com
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)

Attorney for Ally Financial



By: /s/Patrick M. Lynch
    Patrick M. Lynch
    State Bar Number 24065655
    Email: plynch@qslwm.com


By: /s/Craig Douglas Davis
    Craig Douglas Davis
    Attorney for Debtor, William R. Bertrand
    and Carie G. Bertrand